**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Richard C. Kay*
*Assistant United States Attorney*
*Richard.Kay@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4850*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*

October 6, 2014

Honorable Catherine C. Blake
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Bodog Entertainment Group, et al,
             Criminal No. CCB-12-087

Dear Judge Blake:

    The above-referenced case involves internet gambling and international money laundering. No defendants have appeared in this case, and no defense counsel has entered an appearance. The corporate entity was created under Costa Rican law, and the individuals are Canadians, believed to be living in Canada and in Antigua. As I mentioned in my July status letter, counsel and I reached an agreement in principle to resolve this case. Unfortunately, we were unable to conclude that agreement.

    The parties intend to continue to try to find a resolution that will not require extradition of the defendants, but, in the meantime, I am pursuing extradition. Because that process can take a number of years, I am respectfully suggesting that this case can be closed administratively until there is a need for further proceedings. If the case cannot be closed administratively, I can provide periodic status reports on any schedule that would please the Court.

                        Very truly yours,

                        Rod J. Rosenstein
                        United States Attorney

                        Richard C. Kay
                        Assistant United States Attorney