# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **Case No. 1:12-cr-00087-CCB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CALVIN AYRE,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CONSENT MOTION TO REOPEN CASE

The United States, by and through counsel, and with the consent of the Defendant Calvin Ayre, submits this motion to reopen the above-captioned case so that the Court can consider the parties' proposed resolution by way of a plea of guilty to a lesser related misdemeanor charge.  On February 22, 2012, Bodog Entertainment Group, S.A. ("Bodog Entertainment"), Calvin Ayre, James Philip, David Ferguson, and Derrick Maloney were indicted on one count of conducting a gambling business in violation of 18 U.S.C. §§ 1955 and 2, and one count of a money laundering conspiracy in violation of Sections 1956(h) and 1956(a)(2)(A). In October 2014, due to a lack of activity in the case, the case was administratively closed. Doc. 16. In April 2017, defendants James Philip, David Ferguson, and Derrick Maloney were dismissed with prejudice from the case. *See* Docs. 18, 19. Mr. Ayre and Bodog Entertainment alone remain.  On June 23, 2017, the parties signed a plea agreement in this case. The parties plan to submit to the Court that plea agreement along with a joint memorandum in support of it on July 7, 2017.  So that the Court can consider that plea agreement, and, if it is acceptable, conduct a Rule 11 proceeding to accept the Defendant's plea of guilty, the parties ask that the Court issue an order reopening this case.

Respectfully Submitted,

Stephen M. Schenning
Acting United States Attorney

/s/ _____
Evan T. Shea
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland  21201
(410) 209-4800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of July, 2017, a copy of the foregoing

document was electronically filed with notice to all counsel of record:

_____/s/_____
Evan T. Shea
Assistant United States Attorney